IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW URQUHART and TWILA URQUHART, individually and as representatives of the class,<br><br>       Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, NATIONSTAR MORTGAGE HOLDINGS, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>       Defendants. | Civil Action No. 1:14-cv-03383-JFK<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF W. GLENN MERTEN |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, W. Glenn Merten, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Assurant, Inc. and American Security Insurance Company in the captioned case.

I am in good standing of the bars of the District of Columbia, Commonwealth of Virginia and the State of Maryland and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: May 19, 2014

/s/ W. Glenn Merten
W. Glenn Merten, DC Bar #461463
Carlton Fields Jorden Burt, P.A.
1025 Thomas Jefferson Street NW
Suite 400 East
Washington DC 20007
gmerten@cfjblaw.com
202.965.8112

*Attorneys for Defendants Assurant, Inc. and American Security Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2014, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of W. Glenn Merten, and [Proposed] Order for Admission *Pro Hac Vice* with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ W. Glenn Merten

#284305v1dc



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## WILLIAM G. MERTEN

was on **MARCH 10, 2000,** duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **APRIL 30, 2014**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### WILLIAM GLENN MERTEN

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2001.

I further certify that so far as the records of this office are concerned, WILLIAM GLENN MERTEN is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 30th day of April A.D. 2014

By: _____
                    *Deputy Clerk*

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1997,

## William Glenn Merten

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-eighth day of April, 2014.

*Bessie M. Decker*

Clerk of the Court of Appeals of Maryland

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW URQUHART and TWILA URQUHART, individually and as representatives of the class,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, NATIONSTAR MORTGAGE HOLDINGS, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:14-cv-03383-JFK<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF W. GLENN MERTEN |

　　　The motion of W. Glenn Merten for admission to practice *pro hac vice* in the above-captioned action is granted.

　　　Applicant has declared that he is a member in good standing of the bars of the District of Columbia, Commonwealth of Virginia and the State of Maryland; and that his contact information is as follows:

　　　Applicant's Name:　　W. Glenn Merten
　　　Firm Name:　　　　　Carlton Fields Jorden Burt, P.A.
　　　Address:　　　　　　1025 Thomas Jefferson Street NW, Suite 400 East
　　　City/State/Zip:　　　 Washington DC 20007
　　　Telephone:　　　　　202.965.8112
　　　E-mail:　　　　　　　gmerten@cfjblaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Assurant, Inc. and American Security Insurance Company in the above-entitled action,

　　　IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge