IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-14
```

ANDREW URQUHART and TWILA URQUHART, individually and as representatives of the class,

                  Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC, NATIONSTAR MORTGAGE HOLDINGS, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,

                  Defendants.

Civil Action No. 1:14-cv-03383-JFK

MOTION FOR ADMISSION *PRO HAC VICE* OF W. GLENN MERTEN

      The motion of W. Glenn Merten for admission to practice *pro hac vice* in the above-captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the District of Columbia, Commonwealth of Virginia and the State of Maryland; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | W. Glenn Merten |
| Firm Name: | Carlton Fields Jorden Burt, P.A. |
| Address: | 1025 Thomas Jefferson Street NW, Suite 400 East |
| City/State/Zip: | Washington DC 20007 |
| Telephone: | 202.965.8112 |
| E-mail: | gmerten@cfjblaw.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Assurant, Inc. and American Security Insurance Company in the above-entitled action,

      IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/21/14

                                          John F. Keenan
                                          United States District / ~~Magistrate~~ Judge