IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| ANDREW URQUHART and TWILA URQUHART, individually and as representatives of the class,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, NATIONSTAR MORTGAGE HOLDINGS, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,<br><br>Defendants. | Civil Action No. 1:14-cv-03383-JFK |

## MOTION FOR ADMISSION *PRO HAC VICE* OF FRANK G. BURT

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Frank G. Burt, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Assurant, Inc., and American Security Insurance Company in the captioned case.

I am in good standing of the Bars of the states as set forth in **Attachment "A"** and the **Certificates of Good Standing** attached hereto, and there are no pending disciplinary proceedings against me in any state or federal court.

I certify that I complied with the requirement to register as a CM/ECF user and received a log-in and passcode on March 28, 2013.

Dated:  May 30, 2014

Respectfully submitted,
**/s/ Frank G. Burt**
Frank G. Burt DC Bar #461501
Carlton Fields Jorden Burt PA
1025 Thomas Jefferson Street NW
Suite 400 East
Washington DC 20007
fburt@cfjblaw.com
202.965.8140
***Attorneys for Defendants Assurant, Inc., and American Security Insurance Company***

284345.1

## **FRANK G. BURT**

I am duly-authorized to practice law and am an active member in good standing of the Bars of the District of Columbia (Bar No. 461501), the State of Florida (Bar No. 197963), the United States Supreme Court, the United States Circuit Courts of Appeals for the First (Bar No. 1156816), Fourth, Fifth, Seventh, Eighth, Ninth, and Eleventh Circuits, the United States Court of Appeals for the District of Columbia Circuit, the United States District Courts for the Middle and Southern Districts of Florida, the Florida Supreme Court, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Northern District of Illinois (General and Trial Bars) (Bar No. 0197963), the United States District Court for the Southern District of Illinois (General Bar), the United States District Court for the Northern District of New York Bar (Bar No. 518064), the U.S. Tax Court, and the United States District Court, District of Columbia, all as set forth below:

| **Court** | **Date Admitted** |
| --- | --- |
| United States Supreme Court | December 11, 1978 |
| U.S. Court of Appeals, First Circuit (Bar No. 1156816) | December 10, 2012 |
| U.S. Court of Appeals, Fourth Circuit | March 17, 2005 |
| U.S. Court of Appeals, Fifth Circuit | November 09, 1981 |
| U.S. Court of Appeals, Seventh Circuit | August 02, 2002 |
| U.S. Court of Appeals, Eighth Circuit | September 21, 2004 |
| U.S. Court of Appeals, Ninth Circuit | June 29, 2009 |
| U.S. Court of Appeals, Eleventh Circuit | November 09, 1981 |
| U.S. Court of Appeals, District of Columbia Circuit | March 16, 2009 |
| U.S. District Court, M.D. Florida | January 07, 1980 |
| U.S. District Court, S.D. Florida | October 29, 1975 |
| Florida Supreme Court | October 23, 1975 |
| District of Columbia Court of Appeals | February 01, 1999 |
| U.S. District Court, E.D. Wisconsin | July 15, 1996 |
| U.S. District Court, N.D. Illinois General Bar (Bar No. 0197963) | December 23, 2008 |
| U.S. District Court, N.D. Illinois Trial Bar (Bar No. 0197963) | April 06, 2009 |
| U.S. District Court, S.D. Illinois General Bar | August 1, 2012 |
| U.S. District Court, N.D. New York Bar (Bar No. 518064) | March 8, 2013 |
| U.S. Tax Court | February 22, 1993 |
| U.S. District Court, District of Columbia | December 01, 2003 |

## **ATTACHMENT "A"**

129821.1



# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## FRANKLIN G. BURT

was on **FEBRUARY 1, 1999** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **May 21, 2014**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### FRANKLIN G. BURT

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 23, 1975**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 27, 2014.*

*Clerk of the Supreme Court of Florida.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May 2014, I electronically filed the foregoing **Motion for Admission *Pro Hac Vice* of Frank G. Burt [with Attachment "A" and Certificates of Good Standing]** and **[Proposed] Order for Admission *Pro Hac Vice* of Frank G. Burt** with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ Frank. G. Burt

284344.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

| | |
|---|---|
| ANDREW URQUHART and TWILA URQUHART, individually and as representatives of the class,<br><br>                  Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, NATIONSTAR MORTGAGE HOLDINGS, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,<br><br>                  Defendants. | Civil Action No. 1:14-cv-03383-JFK |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF FRANK G. BURT

The Motion of Frank G. Burt for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the District of Columbia and the State of Florida (see Attachment "A" to Motion and Certificates of Good Standing); and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Frank G. Burt |
| Firm Name: | Carlton Fields Jorden Burt PA |
| Address: | 1025 Thomas Jefferson Street NW, Suite 400 East |
| City/State/Zip: | Washington DC 20007 |
| Telephone: | 202.965.8140 |
| E-mail: | fburt@cfjblaw.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Assurant, Inc., and American Security Insurance Company in the above-entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                        **United States District / Magistrate Judge**

284374,1