## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

Nationstar Mortgage, LLC
c/o John B. Sullivan, Esq.
SEVERSON & WERSON
One Embarcadero Center
Suite 2600
San Francisco, CA 94111

A lawsuit has been commenced against you. A copy of the complaint is attached to this

. It has been filed in the United States District Court for the Southern District of New York

is been assigned docket number 14-3383.

This is not a formal summons or notification from the court, but rather my request that

gn and return the enclosed waiver of service in order to save the cost of serving you with a

al summons and an additional copy of the complaint. The cost of service will be avoided if

ive a signed copy of the waiver within 30 days after the date designated below as the date

ich this Notice and Request is sent. I enclose a stamped and addressed envelope for your

An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court

o summons will be served on you. The action will then proceed as if you had been served

e date the waiver is filed, except that you will not be obligated to answer the complaint

e 60 days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate

to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and

hen, to the extent authorized by those Rules, ask the court to require you to pay the full

of such service. In that connection, please read the statement concerning the duty of parties

ve the service of the summons, which is set forth at the end of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this 13th day of

2004.

                                          _____
                                          Stephen J. Fearon, Jr.
                                          Squitieri & Fearon, LLP
                                          32 East 57th Street
                                          12th Floor
                                          New York, New York 10022
                                          (212) 421-6492

                                          Attorneys for Plaintiff

## WAIVER OF SERVICE OF SUMMONS

Stephen J. Fearon, Jr., Esq.
Squitieri & Fearon, LLP
32 East 57th Street
12th Floor
New York, New York 10022

I acknowledge receipt of your request that I waive service of a summons in the action of

hart v. Nationstar Mortgage, LLC, et al., which is case number 14-3383 in the United States

ict Court for the Southern District of New York. I have also received a copy of the

laint in this action, two copies of this instrument, and a means by which I can return the

d waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint s lawsuit by not requiring that I be served with judicial process in the manner provided by 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under 12 is not served upon you within 60 days after May 13, 2014.

d: 5/20/14

Nationstar Mortgage, LLC

By: _____
John B. Sullivan, Esq.
SEVERSON & WERSON
One Embarcadero Center
Suite 2600
San Francisco, CA 94111