UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ANDREW URQUHART and TWILA URQUHART, individually and as representatives of the class,

          Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC, NATIONSTAR MORTGAGE HOLDINGS, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,

          Defendants.

------------------------------------------------------------ x

Case No.: 14-cv-3383 (JFK)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Matthew P. Previn, a member of this Court in good standing, respectfully enters his appearance on behalf of defendants Nationstar Mortgage, LLC and Nationstar Mortgage Holdings, Inc.

Dated:   New York, New York
           June 11, 2014

                                              Respectfully submitted,

                                              /s/ Matthew P. Previn
                                              Matthew P. Previn
                                              mprevin@buckleysandler.com
                                              BUCKLEYSANDLER LLP
                                              1133 Avenue of the Americas, Suite 3100
                                              New York, NY  10036
                                              Telephone: (212) 600-2400
                                              Facsimile: (212) 600-2405

                                              *Attorneys for Defendants Nationstar Mortgage, LLC and Nationstar Mortgage Holdings, Inc.*