UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANDREW URQUHART and TWILA
URQUHART, individually and as
representatives of the class,

     Plaintiffs,

  v.

NATIONSTAR MORTGAGE, LLC,
NATIONSTAR MORTGAGE HOLDINGS,
INC., ASSURANT, INC., and AMERICAN
SECURITY INSURANCE COMPANY,

     Defendants.
-----------------------------------------------------------x

Case No.: 14-cv-3383 (JFK)

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Brian J. Wegrzyn, a member of this Court in good standing, respectfully enters his appearance on behalf of defendants Nationstar Mortgage, LLC and Nationstar Mortgage Holdings, Inc.

Dated: New York, New York
    June 11, 2014

                Respectfully submitted,

                /s/ Brian J. Wegrzyn
                Brian J. Wegrzyn
                bwegrzyn@buckleysandler.com
                BUCKLEYSANDLER LLP
                1133 Avenue of the Americas, Suite 3100
                New York, NY  10036
                Telephone: (212) 600-2400
                Facsimile: (212) 600-2405

                *Attorneys for Defendants Nationstar*
                *Mortgage, LLC and Nationstar Mortgage*
                *Holdings, Inc.*