UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

ANDREW URQUHART and TWILA
URQUHART, individually and as
representatives of the class,

                  Plaintiffs,

         - against -

NATIONSTAR MORTGAGE LLC,
NATIONSTAR MORTGAGE HOLDINGS,
INC., ASSURANT, INC., and AMERICAN
SECURITY INSURANCE COMPANY,

                Defendants.

------------------------------------------------------ x

Case No.: 14-cv-3383 (JFK)

**RULE 7.1 CORPORATE
<u>DISCLOSURE STATEMENT</u>**

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Nationstar Mortgage LLC ("Nationstar") certifies that Nationstar is a Delaware limited liability company that is wholly owned by Nationstar Sub1 LLC and Nationstar Sub2 LLC.  Nationstar Sub1 LLC and Nationstar Sub2 LLC are Delaware limited liability companies that are wholly owned by Nationstar Mortgage Holdings, Inc., a publicly traded company on the New York Stock Exchange under the symbol NSM.  Nationstar Mortgage Holdings, Inc. does not have any parent corporations, and no publicly held company has an ownership interest of 10% or more in Nationstar Mortgage Holdings, Inc.

Dated:   New York, New York
         June 16, 2014                   Respectfully submitted,

                                      /s/ Matthew P. Previn
                                      Matthew P. Previn
                                      Brian J. Wegrzyn
                                      mprevin@buckleysandler.com
                                      bwegrzyn@buckleysandler.com
                                      BUCKLEYSANDLER LLP
                                      1133 Avenue of the Americas, Suite 3100
                                      New York, NY  10036
                                      Telephone: (212) 600-2400
                                      Facsimile: (212) 600-2405

                                      *Attorneys for Defendants Nationstar*
                                      *Mortgage LLC and Nationstar Mortgage*
                                      *Holdings, Inc.*

2