UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                :

ANDREW URQUHART and TWILA          :
URQUHART, individually and as representatives
of the class                                     :
                                                :    Case No.  14 CV 3383
                    Plaintiffs,          :

v.

NATIONSTAR MORTGAGE, LLC, *et al*.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## RULE 7.1 STATEMENT OF DEFENDANT ASSURANT, INC.

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Assurant, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  Assurant, Inc. is a publicly held and traded corporation.  No corporation owns more than 10% of the stock of Assurant, Inc.

Dated:  June 17, 2014					Respectfully submitted,

							_-/s/- W. Glenn Merten_
							Frank G. Burt
							fburt@cfjblaw.com
							W. Glenn Merten
							gmerten@cfjblaw.com
							CARLTON FIELDS JORDEN BURT, P.A.
							1025 Thomas Jefferson Street, NW
							Suite 400 East
							Washington, DC  20007-5208
							Telephone:   (202) 965-8100
							Facsimile:   (202) 9658104

							_Attorneys for Assurant, Inc. and American Security Insurance Company_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Statement of Defendant Assurant, Inc. was filed on June 17, 2014 with the Clerk by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

							_-/s/- W. Glenn Merten_
							W. Glenn Merten