UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                   :

ANDREW URQUHART and TWILA      :
URQUHART, individually and as representatives
of the class                              :
                                                   :   Case No.  14 CV 3383
                 Plaintiffs,       :

   v.                                      :

NATIONSTAR MORTGAGE, LLC, *et al*.,  :

                 Defendants.    :
------------------------------------X

## RULE 7.1 STATEMENT OF DEFENDANT
## AMERICAN SECURITY INSURANCE COMPANY

      Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Security Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Non-party Interfinancial, Inc., wholly owns American Security Insurance Company and is, in turn, a wholly owned subsidiary of Assurant, Inc., a publicly held and traded corporation.  No corporation owns more than 10% of the stock of Assurant, Inc.

Dated:  June 17, 2014 Respectfully submitted,

      -/s/- *W. Glenn Merten*
Frank G. Burt
fburt@cfjblaw.com
W. Glenn Merten
gmerten@cfjblaw.com
CARLTON FIELDS JORDEN BURT, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-5208
Telephone:   (202) 965-8100
Facsimile:   (202) 9658104

*Attorneys for Assurant, Inc. and American Security Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Statement of Defendant American Security Insurance Company was filed on June 17, 2014 with the Clerk by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

      -/s/- *W. Glenn Merten*
        W. Glenn Merten