UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X Case No. 14 CV 3383

ANDREW URQUHART and TWILA
URQUHART, individually and as representatives
of the class,

    Plaintiffs,

NATIONSTAR MORTGAGE, LLC, *et al.*,

    Defendants.
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-14

### [~~PROPOSED~~] ORDER

THIS CAUSE is before the Court upon the parties' Joint Request for Extension of Time and Adjournment of Pretrial Conference. The Court has carefully considered the Request, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Request for Extension of Time and Adjournment of Pretrial Conference, filed on July 10, 2014, is **GRANTED**.

2. Defendants' responses to plaintiffs' Corrected Class Action Complaint shall be served on or before Wednesday, August 20, 2014.

3. The pretrial conference set for July 23, 2014 is hereby adjourned until ~~a date after the Defendants' responses to plaintiffs' Corrected Class Action Complaint are served~~ August 27, 2014 at 11:45 AM in Courtroom 20C

7/11/14

_____
JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record