```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
ANDREW URQUHART and TWILA            :
URQUART, individually and as         :
representatives of the class,        :   No. 14 Civ. 3383 (JFK)
                                     :
                    Plaintiffs,      :         ORDER
                                     :
       -against-                     :
                                     :
NATIONSTAR MORTGAGE, LLC,            :
NATIONSTAR MORTGAGE HOLDINGS, INC.,  :
ASSURANT, INC., and AMERICAN         :
SECURITY INSURANCE CO.,              :
                                     :
                    Defendants.      :
------------------------------------ X
```

**JOHN F. KEENAN, United States District Judge:**

The Court has received and reviewed Defendants' letter dated July 29, 2014 requesting a pre-motion conference to discuss staying the proceedings. A pre-motion conference is unnecessary. The parties are directed to confer to set a briefing schedule for Defendants' motion. If the parties cannot agree on a schedule by August 4, 2014 at 5:00 p.m., the parties shall submit their separate proposals to the Court at that time, and the Court will set the briefing schedule.

**SO ORDERED.**

Dated:   New York, New York
         July 30, 2014

                                        _____
                                             John F. Keenan
                                        United States District Judge