```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug. 8, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X   Case No. 14 CV 3383

ANDREW URQUHART and TWILA
URQUHART, individually and as representatives
of the class,

          Plaintiffs,

NATIONSTAR MORTGAGE, LLC, *et al.*,

          Defendants.

----------------------------------------X

## [PROPOSED] ORDER

THIS CAUSE is before the Court upon the parties' Joint Proposed Briefing Schedule on Defendants' Motions to Stay, and Joint Request for Extension of Time and Adjournment of Pretrial Conference. The Court has carefully considered the Proposed Briefing Schedule and Request for Extension and Adjournment, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

    1.    The briefing schedule for Defendants' Motions to Stay is as follows:

Defendants' Opening Briefs:  Served on or before August 14, 2014

Plaintiffs' Opposition Briefs:  Served on or before August 28, 2014

Defendants' Reply Briefs:  Served on or before September 3, 2014

    2.    Defendants' Responses to Plaintiffs' Corrected Class Action Complaint shall be served, if necessary, two weeks after this Court's ruling on Defendants' Motions to Stay.

3.  The Pretrial Conference, currently set for August 27, 2014, is hereby adjourned until after the Court's ruling on Defendants' Motions to Stay.

*[signature]*
_____
JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

Copies furnished to:   All counsel of record