Case 1:14-cv-03383-JFK Document 25 Filed 08/27/14 Page 1 of 4    Keenan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW URQUHART and TWILA URQUHART, individually and as representatives of the class,<br><br>Plaintiffs,<br><br>-against-<br><br>NATIONSTAR MORTGAGE, LLC, NATIONSTAR MORTGAGE HOLDINGS, INC., ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY,<br><br>Defendants. | Civil Case No.: 14 CV 3383<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8-27-14 |

### STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT

Plaintiffs Andrew and Twila Urqhart and defendants Nationstar Mortgage, LLC, Nationstar Mortgage Holdings, Inc., Assurant, Inc., and American Security Insurance Company, by and through their respective counsel of record, hereby stipulate as follows:

1. Pursuant to the Court's Individual Rules of Practice, Defendants have served a motion to stay this case based upon a nationwide settlement reached in *Braynen v. Nationstar Mortgage, LLC, et al.*, No. 1:14-cv-20726 (JAL) in the Southern District of Florida, which encompasses the same claims and putative class members, including plaintiffs herein, at issue in this litigation

2. Plaintiffs have opposed preliminary approval of the proposed settlement in *Braynen* and the Court there is considering the preliminary approval motion. Defendants believe that Plaintiffs' submission to the *Braynen* Court is procedurally improper.

3. To avoid duplication of effort and to conserve judicial resources, Plaintiffs agree

1

to a stay of this action while the Court in *Braynen* considers the pending preliminary approval motion. Moreover, if the Court in *Braynen* preliminarily approves the proposed settlement, Plaintiffs agree to stay this case pending the final approval hearing in the *Braynen* case.

4. Defendants' motion to stay this case is granted pending the *Braynen* Court's ruling on the preliminary approval motion in that case. If the Court in *Braynen* grants the pending motion for preliminary approval in that case, the stay here will continue until the final approval hearing in *Braynen*, absent a further Order of this Court.

5. The parties shall submit a joint status report one week after the Court in *Braynen* rules on the pending motion for preliminary approval of the proposed settlement in that case.

6. This stipulation is without prejudice to all parties' claims, defenses, rights and arguments, and shall not be used as, or deemed, an admission by any party.

DATED: August 25, 2014         **SQUITIERI & FEARON, LLP.**

By: *[signature]*

Stephen J. Fearon, Jr.
32 East 57th St., 12th Floor
New York, NY 10022
Tel: (212) 421-6492
Fax: (212) 421-6553
stephen@sfclasslaw.com

Attorney for Plaintiffs and the Proposed Class

DATED: August 25, 2014         **BUCKLEY SANDLER LLP**

By: *[signature]*

Matthew Pincus Previn
Brian Jeffrey Wegrzyn
1133 Avenue of the Americas, Ste 3100
New York, NY 10036
111 North Sixth Street
Tel: (212) 600-2400
Fax: (212) 600-2405
mprevin@buckleysandler.com
bwegrzyn@buckleysandler.com

Attorneys for Nationstar Mortgage, LLC and
Nationstar Mortgage Holdings, Inc.

DATED: August 25, 2014         CARLTON FIELDS JORDEN BURT, P.A.

By: *W. Glenn Merten*

Frank G. Burt
William Glenn Merten
1025 Thomas Jefferson Street, Nw, Suite 400 East
Washington, DC 20007
Tel: (202) 965-8112
Fax: (202) 965-8104
gmerten@cfjblaw.com
fburt@cfjblaw.com

Attorneys for Assurant, Inc. and American Security Insurance Company


**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT DEFENDANTS' MOTION TO STAY IS GRANTED AS SET FORTH ABOVE AND THIS CASE IS STAYED PENDING A RULING IN THE *BRAYNEN* CASE ON THE MOTION FOR PRELIMINARY APPROVAL.**

DATED: August 27, 2014

*John F. Keenan*
John F. Keenan
United States District Court Judge

4