**CARLTON FIELDS
JORDEN BURT**

**MEMO ENDORSED**

ATTORNEYS AT LAW

1025 Thomas Jefferson Street, NW | Suite 400 East
Washington, DC 20007-5208
202.965.8100 | fax 202.965.8104
www.CFJBLaw.com

Atlanta
Hartford
Los Angeles
Miami
New York
Orlando
St. Petersburg
Tallahassee
Tampa
**Washington, DC**
West Palm Beach

W. Glenn Merten
202-965-8112 Direct Dial
gmerten@cfjblaw.com

February 6, 2015

**VIA ECF**

USDC SDNY
DOC[...]
EL[...]LY FILED
DO[...]
DATE 2-9-15

The Honorable John F. Keenan
United States District Court
U.S. Courthouse
500 Pearl Street
Room 1930
New York, New York 10007-1312

Re: *Urquhart v. Nationstar Mortgage, LLC, et al.* No. 1:14-cv-03383 JFK
Joint Status Report Following the *Braynen* Court's Preliminary Approval of Class Action Settlement

Dear Judge Keenan:

We are counsel to defendants Assurant, Inc. and American Security Insurance Company (the "Assurant Defendants") in the above-referenced action. The Assurant Defendants, together with Defendants Nationstar Mortgage, LLC and Nationstar Holdings, Inc. (collectively, "Defendants") and plaintiffs in this action hereby submit this joint status report, per your Honor's directive in the August 27, 2014 Order, apprising the Court of the status of the settlement proceedings in *Braynen v. Nationstar Mortgage, LLC, et al.*, No. 1:14-cv-20726-JAL (S.D. Fla.) ("*Braynen*") -- a nationwide class action encompassing the same claims and putative class members at issue in this litigation.

On August 27, 2014, the parties submitted a Stipulation and [Proposed] Order Regarding Case Management ("Stay Stipulation"), agreeing to stay this action while the Court in *Braynen* considered the then pending *Braynen* preliminary approval. (D.E. 25). The parties further stipulated, and the Court ordered, that if the *Braynen* Court preliminarily approved the settlement, this case should be stayed pending final approval of the *Braynen* settlement. *Id.* On January 30, 2015, the *Braynen* Court granted preliminary approval of the *Braynen* class settlement, a copy of which is attached hereto as Exhibit A.

In light of the foregoing, the parties respectfully request that the Court continue its stay of this action pending outcome of the final approval hearing in *Braynen*, currently scheduled for July 16, 2015. Ex. A, ¶ 8. The parties propose to submit another joint status report within one week after the *Braynen* Court issues a ruling on final approval.

100212079.1

The Honorable John F. Keenan
February 6, 2015
Page 2

Respectfully submitted,

CARLTON FIELDS JORDEN BURT, P.A.

*/s/ W. Glenn Merten/*

W. Glenn Merten

Copies furnished to: all parties of record via ECF

```
All parties consenting, the application is granted.
This action is stayed pending the outcome of the
final approval hearing.  The parties shall submit
a joint status report within one week after the
ruling on final approval.
SO ORDERED.
Dated:     February 9, 2015
           New York, N.Y.
```

_____
U.S.D.J.

100212079.1